PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Richard Greer                                                                Cr.: 13-00747-001
                                                                                               PACTS #: 328632

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/08/2015

Original Offense:   18 U.S.C § 1349 and 1341 – Conspiracy to Defraud Involving Deprivation of Honest
                    Services of a Public Official and Mail Fraud

Original Sentence: 31 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment $100.00, Restitution - $185,000, No New Debt/Credit

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:
Throughout his term of supervised release, Greer was compliant with his restitution order. The offender's supervision is due to expire on August 31, 2020, with an outstanding restitution balance of $171,857.00. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

                                                        Respectfully submitted,

                                                        *Elisa Martinez/jm*
                                                        By:  Elisa Martinez/jm
                                                             Supervising U.S. Probation Officer
                                                        Date:  05/07/2020

Prob 12A – page 2
Richard Greer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on August 31, 2020, (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/29/20
Date